**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OYO HOTELS, INC.,

        Petitioner,

v.   Case No: 6:20-cv-961-WWB-LRH

MAINGATE WORLDWIDE, LLC,

        Respondent.

## ORDER

The Court has been advised by Petitioner's Response to Order to Show Cause that the above-styled action has been completely settled. (Doc. 57 at 1–2).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on September 17, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record